### Scipio LOVE, Appellant,

v.

### Rebecca S. JACKSON, Respondent.

### No. WD 49026.

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

Henri J. Watson and James M. Dowd, Kansas City, for appellant.

F. Patrick Fryer, Kansas City, for respondent.

Before SPINDEN, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from judgment entered on jury verdict in favor of defendant Rebecca S. Jackson in plaintiff Scipio Love's action against her for personal injuries resulting from an automobile accident.

The judgment is affirmed. Rule 84.16(b).